| | |
|---|---|
| **WO** | RP |

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| John Calvin Neuendorf, II, | ) | No. CV 10-766-PHX-RCB (DKD) |
| Plaintiff, | ) | **ORDER** |
| vs. | ) | |
| Unknown Party, et al., | ) | |
| Defendants. | ) | |

On April 6, 2010, Plaintiff John Calvin Neuendorf, II, who is confined in the Maricopa County Fourth Avenue Jail, filed a *pro se* civil rights Complaint pursuant to 42 U.S.C. § 1983 (Doc. #1). Plaintiff has not paid the $350.00 civil action filing fee or filed an Application to Proceed *In Forma Pauperis* with the Complaint.

On the first page of the Complaint, Plaintiff has marked the box next to "First Amended Complaint." Despite this indication that the Complaint was meant as a First Amended Complaint, the Clerk of Court treated the pleading as a new Complaint and opened this new case because Plaintiff had not filled in a case number in the caption of the Complaint.

Upon investigating the matter, the Court has determined that the Complaint was apparently meant as a First Amended Complaint in another case filed by Plaintiff (CV 10-124-PHX-RCB (DKD)). In the interest of justice, the Court will dismiss this new case without prejudice and direct the Clerk of Court to file a copy of the Complaint (Doc. #1) as a First Amended Complaint in case #CV 10-124-PHX-RCB (DKD), *nunc pro tunc* April 6,

2010.

**IT IS ORDERED:**

(1) The Complaint (Doc. #1) and this action are **dismissed without prejudice** and the Clerk of Court **must enter judgment** accordingly.

(2) The Clerk of Court **must file** a copy of the Complaint (Doc. #1) as a First Amended Complaint in case #CV 10-124-PHX-RCB (DKD), *nunc pro tunc* April 6, 2010.

(3) The Clerk of Court **must close** this case.

Dated this 8th day of April , 2010.

Robert C. Broomfield
Senior United States District Judge